UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **CYNTHIA J. REYNOLDS,** | ) |
| Plaintiff, | ) Case No. EDCV 12-2192 AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS SO ADJUDGED** that defendant's decision is affirmed.

December 9, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge